COURT OF APPEALS
SECOND DISTRICT OF TEXAS
FORT WORTH
NO. 2-03-206-CV
 
IN THE INTEREST OF S.A.                                                                        
 
------------
FROM THE 323RD DISTRICT COURT OF TARRANT COUNTY
------------
MEMORANDUM OPINION


 AND JUDGMENT
----------
        We have considered appellant’s “Motion To Dismiss The Appeal.” It is 
the court's opinion that the motion should be granted; therefore, we dismiss the 
appeal. See TEX. R. APP. P. 42.1(a)(1), 43.2(f). 
 
PER CURIAM  
 
PANEL D:   CAYCE, C.J.; LIVINGSTON, J.; and SAM J. DAY, J. (Retired, 
Sitting by Assignment) 
 
DELIVERED: November 13, 2003